695 A.2d 664

PFIZER, INC. v. EMPLOYERS INSURANCE COMPANY OF WAUSAU, ET AL. AND INSURANCE COMPANY OF NORTH AMERICA, ET AL.

June 4, 1997.

ORDER

Leave to appeal is granted.